IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AL CREATH      PLAINTIFF

V.      CIVIL ACTION NO. 3:18-cv-832-DPJ-FKB

THE MERCHANTS COMPANY
D/B/A MERCHANTS FOODSERVICE      DEFENDANTS

## PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AND TO STAY THE PROCEEDINGS FOR NINETY DAYS

COMES NOW, the Plaintiff's counsel, Brent Hazzard of Hazzard Law, LLC, Catouche Body of The Body Law Firm, PLLC, and Rafael Green of Precious Martin Sr. and Associates, PLLC ("Counsel"), ask the Court to allow them to withdraw from the Plaintiff's case, because the attorneys have had limited communication with the Plaintiff.[1]

1. Counsel have tried numerous occasions to communicate with their client with limited response regarding this matter.

2. Without proper communication, Counsel will not be able to adequately represent the Plaintiff during this matter.

3. For the above stated reasons, Counsel asks this Court to grant their motion to withdraw and stay the proceedings for ninety days, so Plaintiff can have time to decide whether he would like to hire another lawyer or continue pro se.  In the alternative, if the stay is not granted before February 28, 2019, Counsel would move all deadlines be extended another thirty days, to protect the plaintiff's rights.

---

[1] This motion is opposed by opposing counsel.

Respectfully submitted on the 18th of February, 2019.


By:  s/*Brent Hazzard*_____
Brent Hazzard, MSB # 99721
Hazzard Law, LLC
447 Northpark Drive
Jackson, MS  39225
Tel:  601.977.5253
Fax:  601.977.5236


By:  s/*Rafael R. Green*_____
Rafael R. Green MSB#104715
Precious Martin Sr. and Associates, PLLC
P.O. Box373
Jackson, MS  39205
Tel:  601.944.1447
Fax:  601.944.1448


By:   s/ *Catouche Body*_____
THE BODY LAW FIRM, PLLC
P. O. Box 13007
Jackson, MS 39236
601/882-8888
601/977-5236 (fax)
attybody@gmail.com

Certificate of Service

I, Brent Hazzard, do hereby certify that counsel of record has received a copy of the above document via ECF on February 18, 2019, and the Plaintiff, Al Creath, has been emailed and mailed a copy of this document certified mail, return receipt requested to his last known address at5725 Brownlee Drive, Jackson, MS 39206.
.

s/ Brent Hazzard____